UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. MOORE,

       Petitioner,                   Case No. 07-13002
                                           HON. JOHN CORBETT O'MEARA

v.

THOMAS K. BELL,

       Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       The Court having reviewed the Report and Recommendation filed on November 10, 2008, by Magistrate Judge Paul J. Komives, as well as Petitioner's objection filed November 24, 2008, and being fully advised in the premises;

       IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted as the findings and conclusions of this Court.

       IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is DENIED.


                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: December 30, 2008

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on December 30, 2008, electronically and/or by U.S. mail.

                                      s/William Barkholz
                                      Case Manager